**PRIORITY SEND**
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  CV 10-04691 VAP(VBKx)                              Date:  July 19, 2010

Title:    CARLOS AGUAYO *v.* RUBEN PALAGONIA AND DOES 1 THROUGH 10
==============================================================
PRESENT:    HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

　　Marva Dillard                                                None Present
　　Courtroom Deputy                                         Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                                              DEFENDANTS:

　　None                                                           None

PROCEEDINGS:    MINUTE ORDER (1) VACATING ORDER TO SHOW CAUSE; (2) REMANDING ACTION TO CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF SAN BERNARDINO (IN CHAMBERS)

　　On July 2, 2010, the Court ordered Defendants to show cause, in writing, no later than July 16, 2010, why this action should not be remanded to California Superior Court for the County of San Bernardino.  Defendants filed no response.  Accordingly, the Court orders this action REMANDED to California Superior Court for the County of San Bernardino.

　　**IT IS SO ORDERED.**